```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

L.J. MCCOY and ANTONIO V. § 
THOMPSON, §
 §
 Plaintiffs, §
 §
vs. § C.A. NO. C-05-370
 §
TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE, et al, §
 §
 Defendants. §

### ORDER GRANTING PLAINTIFFS' MOTION
### FOR LEAVE TO AMEND COMPLAINT

On this day came on to be considered "Plaintiffs' Motion for Leave to File Second Amended Complaint" (d.e. 16). The Court GRANTS Plaintiffs' motion as follows. Based on Plaintiffs' representations, the Court CLARIFIES the Plaintiffs' claims:

1. Defendants Rhonda Cubbage, Juan Benevides, Rodney Rodriguez, Samuel Segovia, and Joel Perez are only being sued pursuant to one cause of action: 42 U.S.C. § 1983 and in each's individual capacity only; and

2. Defendant Brad Livingston is being sued only pursuant to 42 U.S.C. § 1983 and only in his official capacity for injunctive relief.

SIGNED and ENTERED this the 6th day of January, 2006.

_____
Janis Graham Jack
United States District Judge