```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                      CORPUS CHRISTI DIVISION
```

L.J. MCCOY and ANTONIO V.         §
THOMPSON,                         §
                                  §
    Plaintiffs,                  §
                                  §
vs.                               §    C.A. NO. C-05-370
                                  §
TEXAS DEPARTMENT OF CRIMINAL      §
JUSTICE, et al,                   §
                                  §
    Defendants.                  §

## ORDER

On March 27, 2006, the Court held a telephone conference in the above-styled action. At this conference the Court made the following orders:

1. The Defendant, Texas Department of Criminal Justice ("Defendant"), shall provide Plaintiff with the disciplinary records of the individual Defendants, subject to an agreed protective order, by Monday, April 3, 2006;

2. Defendant shall provide Plaintiff with the home addresses for the individual Defendants by Monday, April 3, 2006, or shall agree to accept service on their behalf. The designation will be made in writing to the Plaintiff;

3. Plaintiff will submit to Defendant the names of inmates who have died in the McConnell Unit from 2000 to the present. Within two weeks of receiving these names, Defendant will provide Plaintiff with all of the incident reports and medical reports surrounding these deaths; and

4.  Defendant shall make available, in its attorney's office, the blueprint and ventilation plans, along with any construction specifications, of the "F" Pod in the McConnell Unit, for inspection by Plaintiff, no later than Monday, April 10, 2006.

SIGNED and ENTERED this 27th day of March, 2006.

_____
Janis Graham Jack
United States District Judge