```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                  CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| L.J. MCCOY and ANTONIO V. THOMPSON, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO. C-05-370 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, et al, | § § § | |
| Defendants. | § | |

**ORDER**

On April 24, 2006, the Court held a telephone conference in the above-styled action. At this conference the Court made the following orders:

1. The Court hereby CONTINUES the above-styled action. Final Pretrial Conference is set for Monday, September 18, 2006 at 8:30 a.m. and Jury Selection/Trial is set for Tuesday, September 19, 2006, at 8:00 a.m. The parties shall submit a Joint Pretrial Order no later than Friday, September 8, 2006 at 3:00 p.m. The deadline for filing dispositive motions is Friday, July 14, 2006. Discovery shall end on Monday, July 31, 2006.

2. Plaintiffs' responses to the motions for summary judgment currently pending in the case (D.E. 47, 48) are due on Monday, May 15, 2006.

3. The depositions scheduled by Plaintiff in order to respond to the two pending motions for summary judgment shall be

completed by May 15, 2006.

SIGNED and ENTERED this 25th day of April, 2006.

_____
Janis Graham Jack
United States District Judge